UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Scribner,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ally Bank, N.A. and GMAC, a National Banking Association,<br><br>　　　　　Defendants. | Civil No. 11-3360 (SRN/JJG)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.　The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

2.　Defendants' Motion to Dismiss (Doc. No. 4) is **GRANTED**; and

3.　Plaintiff's claims are **DISMISSED WITH PREJUDICE**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 23, 2012　　　　　　　　　　 s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　United States District Judge